

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| OSCAR JAMES<br>DOC# 95034 | DOCKET NO. 08-cv-0918; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CORRECTIONS CORPORATION OF<br>AMERICA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are partially correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint, to the extent that it seeks injunctive and declaratory relief, is hereby **DISMISSED AS MOOT**. The claims for damages for alleged violations of 42 U.S.C. § 1983 are not dismissed The case is referred to Magistrate Judge James D. Kirk to effect service and standard pretrial proceedings.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 8 day of September, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE