RECEIVED
JAN - 9 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| OSCAR JAMES,<br>      Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:08-CV-0918 |
| VERSUS | |
| CORRECTIONS CORPORATION OF<br>AMERICA, et al.,<br>      Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 42) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 6th day of January, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE